clyde penwell
po box 326
Brinnon, string:WA 98320
cweld@wavecable.com
*Defendant is self-represented*

FILED / LODGED / RECEIVED  MAIL

SEP 05 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTONAT SEATTLE

| | |
|---|---|
| Northwest sheet metal workers organizational trust, Northwest sheet metal workers welfare fund; et al.t,<br><br>Plaintiff,<br><br>vs.<br><br>clyde penwell,<br><br>Defendant(s). | **ANSWER**<br><br>Civil No.: 2:24-cv-01159-tsz<br><br>Judge: |

Defendant answers Plaintiff's Complaint as follows.

## RESPONSE TO ALLEGATIONS

1. Defendant denies the allegation in paragraph 1.
2. Defendant denies the allegation in paragraph 2.
3. Defendant denies the allegation in paragraph 3.
4. Defendant denies the allegation in paragraph 4.
5. Defendant denies the allegation in paragraph 5.
6. Defendant denies the allegation in paragraph 6.
7. Defendant denies the allegation in paragraph 7.
8. Defendant denies the allegation in paragraph 8.
9. Defendant denies the allegation in paragraph 9.

  A self-service document from **SoloSuit**

10. Defendant denies the allegation in paragraph 10.

11. Defendant denies the allegation in paragraph 11.

12. Defendant denies the allegation in paragraph 12.

13. Defendant denies the allegation in paragraph 13.

14. Defendant denies the allegation in paragraph 14.

15. Defendant denies the allegation in paragraph 15.

16. Defendant denies the allegation in paragraph 16.

17. Defendant denies the allegation in paragraph 17.

18. Defendant denies the allegation in paragraph 18.

19. Defendant denies the allegation in paragraph 19.

20. Defendant denies the allegation in paragraph 20.

21. Defendant denies the allegation in paragraph 21.

22. Defendant denies the allegation in paragraph 22.

23. Defendant denies the allegation in paragraph 23.

24. Defendant denies the allegation in paragraph 24.

25. Defendant denies the allegation in paragraph 25.

26. Defendant denies the allegation in paragraph 26.

Defendant denies each and every allegation in the Complaint that is not expressly admitted herein.

With respect to all paragraphs in which Plaintiff prays for damages or other relief, Defendant denies that Plaintiff is entitled to such relief under law.

## AFFIRMATIVE DEFENSES

A self-service document from SoloSuit

1. Plaintiff's claims are barred in whole or in part by the doctrines of laches, equitable estoppel, and unclean hands.
2. Plaintiff's claims are barred in whole or in part because of a failure to mitigate damages.
3. Plaintiff's claims are barred in whole or in part because Defendant paid all or part of the debt.
4. Plaintiff's claims are barred in whole or in part because Plaintiff does not correctly state the amount owed.
5. Plaintiff's claims are barred in whole or in part due to the doctrine of accord and satisfaction.
6. Plaintiff's claims are barred in whole or in part because of improper service.
7. Defendant requests that Plaintiff perform an accounting and provide Defendant with documentation that proves the amount that Defendant allegedly owes.

WHEREFORE, Defendant requests the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice, and Plaintiff take nothing therefrom;
2. The Defendant recover its reasonable fees and costs incurred in defending against this lawsuit;
3. For such other and further relief as this Court may deem just and proper.

DATED August 28, 2024.

/s/ *clyde penwell*
clyde penwell
*Self-represented*

Original of the forgoing was caused to be filed via mail on August 28, 2024 to:
1635 NW JOHNSON ST
PORTLAND OREGON 97209

Copy caused to be sent via mail on this day to:
Andrew Toney-Noland Mckanna Bishop Joffe ,LLP
1635 NW JOHNSON ST
PORTLAND OREGON  97209

/s/ *clyde penwell*

clyde penwell
*Self-represented*





SEP 05 2024

# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001036014

EP14W July 2022
OD: 12.5 x 9.5

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For international shipments, the maximum weight is 4 lbs.