UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al.,

          Plaintiffs,

v.

LEE FABRICATORS INC and CLYDE PENWELL,

          Defendants.

C24-1159 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having reviewed the Joint Status Report, docket no. 8, and the Court generally adopting the proposed timing of discovery and trial, hereby ORDERS the following:

This case is set for a two-day bench trial that shall commence on September 8, 2025. The deadline to amend pleadings is June 20, 2025. Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) is June 27, 2025, and disclosure of rebuttal expert testimony under FRCP 26(a)(2) is due within 30 days after the other party's expert disclosure. All dispositive motions must be filed by July 11, 2025. All motions related to expert witnesses, *e.g.*, a Daubert motion, must be filed by July 11, 2025. The deadline for joining additional parties is July 15, 2025. All motions related to

MINUTE ORDER - 1

discovery must be filed by July 18, 2025. The settlement conference pursuant to LCR 39.1(c)(2) must be held by August 1, 2025. Discovery is to be completed by August 11, 2025. Pursuant to the stipulation in the Joint Status Report, the pretrial statements and pretrial order called for by LCR 16 and 16.1 are dispensed with in whole for the sake of economy.

(2)     The parties are DIRECTED to advise the Court by June 11, 2025, if this matter has been resolved, and to promptly notify the Court Clerk, Laurie Cuaresma, at 206-370-8521, if it is resolved at a later date.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Defendant Clyde Penwell pro se.

Dated this 4th day of June, 2025.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 2